UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 24-cv-01306-SI<br><br>**ORDER LISTING QUESTIONS FOR THE PARTIES TO ADDRESS AT THE AUGUST 16, 2024 HEARING**<br><br>Re: Dkt. No. 27 |

This case is set for an August 16, 2024 hearing on defendants' motion to dismiss and strike portions of plaintiff's complaint.[1] The Court would like the parties to be prepared to address the following questions at the August 16, 2024 hearing:

- The FDIC contends that neither pre- nor post-judgment interest can be awarded because of the FDIC's sovereign immunity, but *Far West Federal Bank* only speaks specifically about pre-judgment interest. Does *Far West Federal Bank* also prevent an award of post-judgment interest? Why or why not? What legal authority can the parties point to on this issue?
- What is defendant's legal authority for its argument that plaintiff must allege the existence of a contract between it and Silicon Valley Bank to state a claim for declaratory relief?
- *Sharpe v. F.D.I.C.*, 126 F.3d 1147 (9th Cir. 1997) held that "claims for rescission and declaratory relief must fall under an exception to § 1821(j) in order to survive." How does *Sharpe* apply to this case? What is the exception to § 1821(j) under which this case falls?

---

[1] An August 16, 2024 hearing is also set for the same motion in the nearly identical case 24-cv-1746-SI *Farella Braun + Martel LLP v. Federal Deposit Insurance Corporation*. These questions are applicable to both cases.

If the FIDC takes the position that *Sharpe* precludes a claim for declaratory relief here, how does the FDIC square that position with the fact that the Notice of Partial Allowance plaintiff received from the FDIC states: "Pursuant to 12 U.S.C. Section 1821(d)(6), if you do not agree with this disallowance, you have the right to file a lawsuit on your claim[.]"? Is § 1821(d)(6) an exception to § 1821(j)? If so, what is the legal authority for this?

**IT IS SO ORDERED**.

Dated: August 13, 2024

SUSAN ILLSTON
United States District Judge