UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendants. | Case No.  24-cv-01306-SI  (SI)<br><br>Case No.  24-cv-01746-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 15, 2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  n/a

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 28, 2025.

DESIGNATION OF EXPERTS: March 14, 2025; REBUTTAL: April 4, 2025;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 16, 2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 6, 2025;
    Opp. Due: July 11, 2025; Reply Due: July 25, 2025;
    and set for hearing no later than August 8, 2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  August 26, 2025
PRETRIAL CONFERENCE DATE: September 9, 2025 at 1:30 PM.

JURY TRIAL DATE: September 22, 2025 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 1-5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: September 10, 2024

_____
SUSAN ILLSTON
United States District Judge