UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Defendant. | Case No. 24-cv-01306-SI<br><br>**ORDER RE: FEBRUARY 10, 2025 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 51 |

On January 7, 2025, the Court ordered defendant "to produce all documents" in response to plaintiff's requests for production of documents from September 2024. Dkt. No. 50. According to a joint statement from the parties, defendant produced only 36 documents on January 17, 2025. Dkt. No. 51 at 1. On January 27, defendant told plaintiff it would "further inquire" about additional documents and, according to plaintiff, confirmed there were more responsive documents on January 31. *Id.* Defendant states that it has intended a rolling document production, ignoring the plain terms of the Court's prior order. *Id.* at 2. Defendant indicates that it will provide a further response by Tuesday, February 18, 2025 after the federal holiday. *Id.* at 4.

The Court reiterates its prior order that defendant must provide all responsive documents and must do so no later than February 18, 2025. Defendant is likewise ordered to share its search terms with plaintiff to facilitate a prompt resolution of this matter. Further, the Court sanctions defendant for its noncompliance pursuant to Rule 37 of the Federal Rules of Civil Procedure, and orders defendant to pay attorneys' fees and costs incurred by plaintiff associated with obtaining the FDIC's compliance after the January 17, 2025 deadline.

As plaintiff needs time to review the documents to conduct effective depositions in this matter, the Court postpones the close of fact discovery from February 28, 2025, to March 31, 2025,

and alters certain other dates as indicated below:

| | |
|---|---|
| Close of Fact Discovery | 03/31/2025 |
| Designation of Experts | 04/10/2025 |
| Rebuttal Reports | 04/21/2025 |
| Close of Expert Discovery | 05/16/2025 |
| Dispositive Motion Due Date | 06/06/2025 |
| Response Deadline | 07/11/2025 |
| Reply Deadline | 07/25/2025 |
| Motion Hearing | 08/08/2025 |
| Pretrial Conference | 09/09/2025 |
| Jury Selection | 09/22/2025 |
| Jury Trial | 09/22/2025 |

**IT IS SO ORDERED**.

Dated: February 14, 2025

_____
SUSAN ILLSTON
United States District Judge